KITTLE *v.* SCHNEIDER. SAME *v.* WILLARD. SAME *v.* HERTS and others. SAME *v.* FREEMAN and others.

*(Circuit Court, S. D. New York. May 7, 1877.)*

COXE, J. The decision in *Kittle* v. *DeGraaf, ante,* 689, disposes of these causes also. An order overruling the demurrer, and permitting the defendants to answer in 20 days, should be entered in each of the above-entitled actions.